# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Marble VOIP Partners LLC <br><br> Plaintiff, <br> v. <br><br> RingCentral, Inc., Mitel US Holdings Inc., Mitel (Delaware), Inc., and Mitel Networks, Inc. <br><br> Defendants. | Case No. 6:22-cv-00259-ADA <br><br> Jury Trial Demanded |
| Marble VOIP Partners LLC <br><br> Plaintiff, <br> v. <br><br> RingCentral, Inc., Mitel US Holdings Inc., Mitel (Delaware), Inc., and Mitel Networks, Inc. <br><br> Defendants. | Case No. 6:22-cv-01020-ADA <br><br> Jury Trial Demanded |

**JOINT NOTICE OF PARTIAL SETTLEMENT AND**
**JOINT STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**
**<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)</u>**

Plaintiff Marble VOIP Partners LLC and Defendants Mitel US Holdings Inc., Mitel (Delaware), Inc., and Mitel Networks, Inc. (collectively, "the Mitel Defendants"), hereby inform the Court, pursuant to the Court's Order Governing Proceedings v4.2, Section X(12) and Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Marble VOIP and the Mitel Defendants have agreed to settle all disputes in the above-captioned cases and thus stipulate to dismiss all claims made against the

Mitel Defendants in both cases,[1] with prejudice. Marble VOIP and the Mitel Defendants agree that all attorneys' fees, costs of court and expenses shall be borne by the incurring party.

**This dismissal request does not encompass Defendant RingCentral, Inc. with respect to Case No. 6:22-cv-00259-ADA, and Plaintiff Marble VOIP intends to proceed with respect to all pending case events as to RingCentral in accordance with the currently operative Scheduling Order.**

The parties respectfully request the Court enter the proposed order submitted herewith.

---

[1] Plaintiff Marble VOIP previously dismissed Case No. 6:22-cv-01020-ADA without prejudice as to all defendants. This additional stipulated dismissal with prejudice applies to only the Mitel Defendants. Marble VOIP's prior dismissal of Defendant RingCentral remains without prejudice.

Date: December 19, 2022

Respectfully submitted,

| **FOLIO LAW GROUP PLLC** | **FISH & RICHARDSON P.C.** |
|---|---|
| */s/ Joseph M. Abraham* | */s/ Brian J. Livedalen* |
| Joseph M. Abraham | David M. Hoffman |
| FOLIO LAW GROUP PLLC | Texas Bar No. 24046084 |
| 13492 Research Blvd., Ste. 120, No. 177 | hoffman@fr.com |
| Austin, TX 78750 | 111 Congress Avenue, Suite 810 |
| (737) 234-0201 | Austin, TX 78701 |
| Joseph.abraham@foliolaw.com | Tel: (512) 472-5070 |
| | Fax: (512) 320-8935 |
| Of Counsel: | |
| | Timothy W. Riffe |
| Christopher J. Belter (*pro hac vice*) | DC Bar No. 482810 |
| Michael A. Siem (*pro hac vice*) | riffe@fr.com |
| Michael J. Barresi (*pro hac vice*) | Brian J. Livedalen (admitted *pro hac vice*) |
| GOLDBERG SEGALLA LLP | livedalen@fr.com |
| cbelter@goldbergsegalla.com | 1000 Maine Avenue, Suite 1000 |
| msiem@goldbergsegalla.com | Washington, DC 20024 |
| mbarresi@goldbergsegalla.com | Tel: (202) 783-5070 |
| 711 Third Avenue, Suite 1900 | Fax: (202) 783-2331 |
| New York, New York 10017 | |
| Telephone: (646) 292-8700 | **COUNSEL FOR DEFENDANTS MITEL US HOLDINGS, INC., MITEL (DELAWARE) INC., AND MITEL NETWORKS, INC.** |
| *Attorneys for Plaintiff* | |
| *Marble VOIP Partners LLC* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Joseph M. Abraham*
Joseph M. Abraham
