UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Marble VOIP Partners LLC<br><br>                  Plaintiff,<br>v.<br><br>RingCentral, Inc., Mitel US Holdings Inc., Mitel (Delaware), Inc., and Mitel Networks, Inc.<br><br>                  Defendants. | Case No. 6:22-cv-00259-ADA<br><br>Jury Trial Demanded |
| Marble VOIP Partners LLC<br><br>                  Plaintiff,<br>v.<br><br>RingCentral, Inc., Mitel US Holdings Inc., Mitel (Delaware), Inc., and Mitel Networks, Inc.<br><br>                  Defendants. | Case No. 6:22-cv-01020-ADA<br><br>Jury Trial Demanded |

**ORDER GRANTING JOINT STIPULATION OF
PARTIAL DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**

Plaintiff Marble VOIP Partners LLC and Defendants Mitel US Holdings Inc., Mitel (Delaware), Inc., and Mitel Networks, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed a joint stipulation of dismissal with prejudice ("Stipulation").

Having considered this Stipulation, and finding that good cause exists, the Court hereby GRANTS the Stipulation and ORDERS as follows:

(1) All claims made by Plaintiff Marble VOIP Partners LLC against Defendants Mitel US Holdings Inc., Mitel (Delaware), Inc., and Mitel Networks, Inc.in Case No. 6:22-cv-00259-ADA and Case No. 6:22-cv-01020-ADA are dismissed with prejudice.

(2) Each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

SIGNED 20th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE