UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Marble VOIP Partners LLC<br><br>       Plaintiff,<br>v.<br><br>RingCentral, Inc.<br><br>       Defendant. | Case No. 6:22-cv-00259-ADA<br><br>Jury Trial Demanded |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marble VOIP Partners LLC ("Marble VOIP") and Defendant RingCentral, Inc. ("RingCentral") hereby state that the Parties have settled the controversy between them. Accordingly, Marble VOIP and RingCentral stipulate to the dismissal with prejudice of 1) all of Marble VOIP's pending claims against RingCentral and/or 2) any and all claims that could have been asserted against RingCentral in the above-captioned action. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 16, 2025

Respectfully submitted,

/s/ *Joseph M. Abraham*
Joseph M. Abraham
FOLIO LAW GROUP PLLC
13492 Research Blvd., Ste. 120, No. 177
Austin, TX 78750
(737) 234-0201
Email: Joseph.abraham@foliolaw.com

Of Counsel:
Michael A. Siem (*pro hac vice*)
Michael J. Barresi (*pro hac Vice*)

/s/ *David S. Bloch*
Dwayne L. Mason
GREENBERG TRAURIG LLP
Texas Bar No. 00787977
Email: Masondl@gtlaw.com
Ira R. Hatton
Texas Bar No. 24054282
Email: Hattoni@gtlaw.com
1000 Louisiana Street Suite 6700
Houston, Texas 77002
Tel: (713) 374-3500

1

**THE DEVLIN LAW FIRM LLC**
1526 Gilpin Ave.
Wilmington, DE 19806
Tel: (302) 449-9010
Email: msiem@devlinlawfirm.com
mbarresi@devlinlawfirm.com

*Attorneys for Plaintiff*
*Marble VOIP Partners LLC*

Fax: (713) 374-3505

David S. Bloch (admitted pro hac vice)
Email: blochd@gtlaw.com
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 590-5110
Fax: (415) 707-2010

Samuel C. Means (admitted pro hac vice)
Email: meansc@gtlaw.com
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Tel: (312)-456-8400
Fax: (312)-456-8435

Robert A. Hill (admitted pro hac vice)
Email: hillro@gtlaw.com
2375 East Camelback Road Suite 800
Phoenix, AZ 85016
Tel: (602)-445-8412
Fax: (602)-445-8100

*Attorneys for Defendant*
*RingCentral, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Joseph M. Abraham*
Joseph M. Abraham
